*Arthur K. Bolton, Attorney General,* for appellee.

## 29808. CLARK v. BALKCOM.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur, except Gunter, J., who concurs in the judgment only.*

DECIDED MAY 20, 1975.

Ronnie Rick Clark, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29883. DALLAS v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED MAY 20, 1975.

LeRoy Dallas, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29915. CHAMBERS v. BALKCOM.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED MAY 20, 1975.